IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| **PABLO RAMIREZ**<br>    Plaintiff,<br>v.<br><br>**STATE FARM LLOYDS**<br>    Defendant. | §<br>§<br>§<br>§<br>§<br>§ | **CASE NO. 3-23-cv-00351** |

## JOINT NOTICE OF SETTLEMENT

TO THE HONORABLE UNITED STATES DISTRICT COURT JUDGE:

COME NOW Plaintiff PABLO RAMIREZ and Defendant STATE FARM LLOYDS ("Parties"), and file this Joint Notice of Settlement as an advisory to the Court and respectfully state as follows:

1. The Parties entered into an agreement to settle this case.

2. The Parties anticipate that a Release, Indemnity and Settlement Agreement will be executed within 60 days. Once executed, a Joint Stipulation of Dismissal will be filed.

3. The parties respectfully request that any and all settings be removed from the Court's docket, and that any and all other pretrial deadlines be vacated.

*(signature page to follow)*

Respectfully submitted,

*/s/ Elizabeth Sandoval Cantu*
Elizabeth Sandoval Cantu
State Bar No. 24013455
ecantu@ramonworthington.com
**RAMÓN WORTHINGTON**
**NICOLAS & CANTU, PLLC**
1506 South Lone Star Way, Suite 5
Edinburg, Texas 78539
Telephone: 956-294-4800
Fax: 956-928-9564
**ATTORNEY IN CHARGE FOR DEFENDANT**

**Of Counsel:**
Sofia A. Ramón
State Bar No. 00784811
sramon@ramonworthington.com
Stephen W. Bosky
State Bar No. 24087190
sbosky@ramonworthington.com
Dania Z. Sadi
State Bar No. 24125395
dsadi@ramonworthington.com
**RAMÓN WORTHINGTON**
**NICOLAS & CANTU, PLLC**
1506 South Lone Star Way, Suite 5
Edinburg, Texas 78539
Telephone: 956-294-4800
Fax: 956-928-9564
Electronic Service to: efile@ramonworthington.com
**Attorneys for Defendant**

**-and-**

*/s/ Patrick Seale (w/permission)*
Cristobal M. Galindo
State Bar No. 24026128
hurricane@galindolaw.com
Patrick Seale
State Bar No. 24037462
patrick@galindolaw.com
**CRISTOBAL M. GALINDO, P.C.**
4151 Southwest Freeway, Suite 602
Houston, Texas 77027
Phone: 713-228-3030
Fax: 713-228-3003
**ATTORNEYS IN CHARGE FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

 This is to certify that on November 8, 2023, a true and correct copy of the foregoing document has been served on all counsel of record in this cause, to-wit:

Cristobal M. Galindo
Patrick Seale
**CRISTOBAL M. GALINDO, P.C**
4151 Southwest Freeway, Suite 602
Houston, Texas 77027
Telephone: (713) 228-3030
Fax: (713) 228-3003
hurricane@galindolaw.com
**ATTORNEY FOR PLAINTIFF**

               */s/ Elizabeth Sandoval Cantu*
               Elizabeth Sandoval Cantu