**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION**

| | | |
|---|---|---|
| **PABLO RAMIREZ,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **CAUSE NO. EP-23-CV-351-KC** |
| | § | |
| **STATE FARMS LLOYDS,** | § | |
| | § | |
| **Defendant.** | § | |

## ORDER

On this day, the Court considered the parties' Joint Stipulation of Dismissal

("Stipulation"), ECF No. 5.  In accordance with Rule 41(a) of the Federal Rules of Civil

Procedure and the terms of the parties' Stipulation, the Court **ORDERS** that all claims in this

case are **DISMISSED** with prejudice.

**IT IS FURTHER ORDERED** that all parties shall pay their own costs and fees.

The Clerk shall close the case.

**SO ORDERED**.

**SIGNED this 5th day of January, 2024.**

KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE